UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

PAUL RYL,

  Plaintiff,                         CASE NO.: 1:17-CV-00059-GNS-HBB

-vs-

SYNCHRONY BANK & ALLIED
INTERSTATE LLC.,

  Defendants.

_____/

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Paul Ryl, and the Defendants, Synchrony Bank anad Allied Interstate, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendants in the above styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

IT IS SO ORDERED.

**Greg N. Stivers, Judge**
**United States District Court**

April 6, 2018